LF 5005-3(f) (10/20/15)

# United States Bankruptcy Court
## Eastern District of Washington

In re: ) Case No.
)
) **STATEMENT OF WITNESS TO**
) **SIGNING OF DOCUMENT**
Debtor(s) )

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

    Voluntary Petition

    Declaration Concerning Debtor's Schedules

    Statement of Social Security Number

    Statement of Affairs

☐ Other: Each document was signed via DocuSign

Dated: _____

_____
Witness Signature

_____
Witness Name (printed or typed)

Address:_____
_____
_____