UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re | Chapter 11 |
| 1 MIN LLC; HOTEL AT SOUTHPORT LLC; and TWELFTH FLOOR, LLC, | Case No. 24-01519 (JOINTLY ADMINISTERED) |
| Debtors. | **APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (MATTHEW J. LIVINGSTON)** |

Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Jeremy E. Roller of the Arete Law Group PLLC, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, hereby moves on behalf of the EB-5 Creditors listed in the *Notice of Appearance of Jeremy E. Roller*, Dkt. No. 47, for the admission *pro hac vice* of MATTHEW J. LIVINGSTON ("Applying Counsel") in the above captioned case based on the following:

1. Applying Counsel's business address, phone number, and email are as follows:

Reid & Wise LLC
One Penn Plaza, Suite 2015
New York, NY 10119
(212) 858-9982
mlivingston@reidwise.com

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
P: (206) 428-3250

2. Applying Counsel is admitted to practice law in the following states:

New York – Admitted September 12, 2016, Attorney No. 5456710

3. Applying Counsel is admitted to practice law in the following courts:

United States District Court for the Eastern District of New York
United States District Court for the Southern District of New York

4. Name, address, phone number, and email of admitted counsel with whom the applicate will be associated ("Local Counsel") are as follows:

Jeremy E. Roller, WSBA No. 32021
Arete Law Group PLLC
600 University Street, Suite 2420
Seattle, WA 98101
(206) 428-3250
jroller@aretelaw.com

5. Necessity of Appearance: Applying Counsel requests permission to appear *pro hac vice* as Applying Counsel and his firm have represented the EB-5 Creditors, plaintiffs with active litigation against all three debtors in the above-captioned jointly administered cases. Applying Counsel's experience with the EB-5 Creditors and litigation claims combined with his Chapter 11 experience representing both debtors and creditors will facilitate an efficient representation of the EB-5 Creditors herein.

6. Applying Counsel is not currently subject to any pending disciplinary sanctions nor has he ever been subject to any disciplinary sanctions by any court or bar association.

7. Applying Counsel has read and is familiar with the Local District Court Rules, particularly Local District Court Rule 83.2(c), and understands it is necessary for Local Counsel to sign all pleadings, motions, and other papers prior to filing and service and Local Counsel shall have meaningful participation in the case.

8. Pursuant to Local Bankruptcy Court Rule 9010-1(a)(3) and Local District Court Rule 83.2(c)(2), the required fee has been paid.

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
(206) 428-3250

1    WHEREFORE Applying Counsel, Matthew J. Livingston, requests this Court enter

2  an order admitting him to practice law before this Court in this case and any related cases,

3  adversary proceedings, and appeals, and to serve as co-counsel with Jeremy E. Roller.

4

5  DATED: October 1, 2024

6

7  **REID & WISE LLC**                          **ARETE LAW GROUP PLLC**

8  By: _/s/ Matthew J. Livingston_              By: _/s/ Jeremy E. Roller_
   Matthew J. Livingston                        Jeremy E. Roller, WSBA No. 32021
9  One Penn Plaza, Suite 2015                   600 University Street, Suite 2420
   New York, NY 10119                           Seattle, WA 98101
10 Phone: (212) 858-9982                        Phone: (206) 428-3250
   mlivingston@reidwise.com                     Fax:    (206) 428-3251
11                                              jroller@aretelaw.com
12 *Applying Counsel, Attorney for EB-5*
   *Creditors*                                  *Local Counsel, Attorney for EB-5*
13                                              *Creditors*

14

15

16

17

18

19

20

21

22

23

24

25

26

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
P: (206) 428-3250